OPINION — AG — ** LOYALTY OATH — PUBLIC OFFICERS ** THIS OPINION DEALS WITH THE MEANING OF HOUSE BILL NO. 8 RELATING TO PUBLIC OFFICERS AND PUBLIC EMPLOYEES; PRESCRIBING AN OATH OR AFFIRMATION TO BE TAKEN BY EVERY OFFICER AND EMPLOYEE OF THE STATE, COUNTY, SCHOOL DISTRICT, MUNICIPALITY, PUBLIC AGENCY, PUBLIC AUTHORITY OR PUBLIC DISTRICT. (POLITICAL RIGHT, EMPLOYEES) CITE: ARTICLE IV, SECTION 1, ARTICLE V, SECTION 57, 51 O.S. 42 [51-42] (?)